# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00532JMS-BMK

CASE NAME: Liane Patricia Iaukea v. Norweigian Cruise Line, Ltd., et al.

ATTYS FOR PLA: Jay Lawrence Friedheim

ATTYS FOR DEFT: Jeffrey Portnoy, Neill Tseng, Normand Lezy

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/20/2005 | TIME: | 10 - 11 |

COURT ACTION: EP: Settlement Conference held. New dates given. Court to prepare an amended scheduling order.

1. Jury trial on April 18, 2006 at 9:00 a.m. before JMS
2. Final Pretrial Conference on March 9, 2006 at 9:00 a.m. before BMK
3.
4. Final Pretrial Statement by March 2, 2006
5.
6.
7.
8a. File Motions in Limine by March 28, 2006
8b. File opposition memo to a Motion in Limine by April 4, 2006
11a.
11b.
12. Discovery deadline March 17, 2006
13. Settlement Conference on call
14.
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 4, 2006
21. File Final witness list by March 28, 2006
24. Exchange Exhibit and Demonstrative aids by March 21, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 28,

     2006
26. File objections to the Exhibits by April 4, 2006
28a. File Deposition Excerpt Designations by March 28, 2006
28b. File Deposition Counter Designations and Objections by April 4, 2006
29. File Trial Brief by April 4, 2006
30.


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager


CV 04-00532JMS-BMK;
Liane Patricia Iaukea v. Norweigian Cruise Line, Ltd., et al.;
Rule 16 Scheduling Conference Minutes
12/20/2005