ORIGINAL

LEONG KUNIHIRO LEONG & LEZY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NORMAND R. LEZY        6297-0
Davies Pacific Center, Suite 1212
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: 524-7575
Facsimile:  524-7878
E-Mail: nrl@lkll-law.com

JAN 0 9 2006

at 3 o'clock and 25 min. P M²
SUE BEITIA, CLERK

JAN 0 6 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
SPHERION CORPORATION

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIANE PATRICIA IAUKEA,<br><br>       Plaintiff,<br><br>  vs.<br><br>PRIDE OF ALOHA, INC.; SPHERION CORPORATION; In Personam, and the M.V. PRIDE OF ALOHA, O.N. 1153219 In Rem,<br><br>       Defendants. | CIVIL NO. 04-00532 JMS-BMK (In Admiralty)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SPHERION CORPORATION WITH PREJUDICE** |

### STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SPHERION CORPORATION WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1), IT IS

HEREBY STIPULATED by and among the parties hereto that all claims set forth

in the First Amended Complaint against Defendant SPHERION CORPORATION, are hereby dismissed with prejudice, each party to bear its own costs.

Plaintiff LIANE PATRICIA IAUKEA continues to assert claims set forth in the First Amended Complaint against Defendants PRIDE OF ALOHA, INC. and M/V PRIDE OF ALOHA. Defendant SPHERION CORPORATION continues to assert a cross-claim against Defendants PRIDE OF ALOHA, INC. and M/V PRIDE OF ALOHA.

This action is currently set for jury trial on April 18, 2005.

DATED: Honolulu, Hawaii, December 27, 2005.

_____
JAY L. FRIEDHEIM, ESQ.
Attorney for Plaintiff
LIANE PATRICIA IAUKEA

_____
NORMAND R. LEZY
Attorney for Defendant
SPHERION CORPORATION

_____
JEFFREY S. PORTNOY, ESQ.
Attorney for Defendants
PRIDE OF ALOHA, INC. and
M/V <u>PRIDE OF ALOHA</u>

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

<u>Liane Patricia Iaukea v. Pride of Aloha, Inc., et al.</u>, Civil No. 04-00532 JMS-BMK; STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SPHERION CORPORATION WITH PREJUDICE