# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00532JMS-BMK |
| CASE NAME: | Liane Patricia Iaukea v. Norwegian Cruise Line, Ltd., et al. |
| ATTYS FOR PLA: | Jay Lawrence Friedheim |
| ATTYS FOR DEFT: | Neill Tseng, Normand Lezy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 3/9/2006 | TIME: | 9:25 - 9:28 |

COURT ACTION:  EP: Rescheduling Conference held.  Court to prepare an amended scheduling order.

1. Jury trial on December 12, 2006 at 9:00 a.m. before JMS
2. Final Pretrial Conference on October 31, 2006 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by October 24, 2006
5. 
6. 
7. 
8a. File Motions in Limine by November 21, 2006
8b. File opposition memo to a Motion in Limine by November 28, 2006
11a. 
11b. 
12. Discovery deadline October 13, 2006
13. Settlement Conference set for October 5, 2006 at 2:00 p.m. before BMK
14. Settlement Conference statements by September 28, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 28, 2006
21. File Final witness list by November 21, 2006
24. Exchange Exhibit and Demonstrative aids by November 14, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 21, 2006
26. File objections to the Exhibits by November 28, 2006

28a.  File Deposition Excerpt Designations by November 21, 2006
28b.  File Deposition Counter Designations and Objections by November 28, 2006
29.   File Trial Brief by November 28, 2006
30.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 04-00532JMS-BMK;
Liane Patricia Iaukea v. Norwegian Cruise Line, Ltd., et al.;
Rule 16 Scheduling Conference Minutes
3/9/2006