# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

8-16-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-532JMS-BMK

CASE NAME:        Liane Patricia Iaukea v. Norwegian Cruise Line, Ltd., et al.

ATTYS FOR PLA:    Jay L. Friedheim

ATTYS FOR DEFT:   Jeffrey Portnoy, Normand Lezy

INTERPRETER:

---

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE:  | 8-16-06         | TIME:     | 3 - 3:30 |

---

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn W. Young, courtroom manager