ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY    1211-0
CHRISTIAN K. ADAMS    8192-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax:       (808) 540-5040
Email:     jportnoy@cades.com

Attorneys for Defendants
PRIDE OF ALOHA, INC. and
M.V. PRIDE OF ALOHA, O. N. 1153219

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

SEP 27 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIANE PATRICIA IAUKEA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRIDE OF ALOHA, INC.; SPHERION CORPORATION; In Personam, and the M.V. PRIDE OF ALOHA, O. N. 1153219 In Rem,<br><br>　　　　Defendants. | CIVIL NO. 04-00532 JMS-BMK<br>(In Admiralty)<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS PRIDE OF ALOHA, INC. AND M.V. PRIDE OF ALOHA, O. N. 1153219 WITH PREJUDICE<br><br>Trial Date: December 12, 2006 |

ImanageDB:671120.1

## STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS PRIDE OF ALOHA, INC. AND M.V. PRIDE OF ALOHA, O. N. 1153219 WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), IT IS HEREBY STIPULATED by and among the parties hereto that all claims set forth in the First Amended Complaint against Defendants PRIDE OF ALOHA, INC. and M.V. PRIDE OF ALOHA, O. N. 1153219, filed March 1, 2005 are hereby DISMISSED WITH PREJUDICE.

Further, all claims set forth in the Cross-Claim against Defendants PRIDE OF ALOHA, INC. and M.V. PRIDE OF ALOHA, O. N. 1153219, filed December 22, 2005 are also hereby DISMISSED WITH PREJUDICE.

This order disposes of all claims against PRIDE OF ALOHA, INC. and M.V. PRIDE OF ALOHA, O. N. 1153219 in this matter. Each party shall bear its own costs and fees.

DATED:  Honolulu, Hawaii, September 26, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY, ESQ.
CHRISTIAN K. ADAMS, ESQ.
Attorneys for Defendants
PRIDE OF ALOHA, INC. and
M.V. PRIDE OF ALOHA, O. N. 1153219

_____
JAY L. FRIEDHEIM, ESQ.
Attorney for Plaintiff
LIANE PATRICIA IAUKEA

_____
NORMAN R. LEZY, ESQ.
Attorney for Defendant
SPHERION CORPORATION

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Stipulation for Dismissal of All Claims Against Defendants Pride of Aloha, Inc. and M.V. Pride of Aloha, O.N. 1153219 With Prejudice

-3-